UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BRIAN LESAICHERRE                                                                    PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:15CV387-RHW

JACQUELINE BANKS et al
                                                                                    DEFENDANTS

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court granting Defendants' motion for summary judgment, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that Defendants [25] Motion for Summary Judgment is GRANTED and that Plaintiff's 42 U.S.C. § 1983 complaint is DISMISSED with prejudice.

SO ORDERED AND ADJUDGED, this the 22nd day of May, 2017.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE